IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANDREW LEE BROWN                                                                                    PLAINTIFF

V.                                        NO.  5:08cv00250 JMM

EARNEST GOLDEN                                                                                    DEFENDANT

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint in its entirety, without prejudice.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its order and this judgment entered thereunder, would not be taken in good faith.

IT IS SO ORDERED this 20th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE